**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

LANA LORRAINE IMM,

    Plaintiff,

v.                                                    Case No. 20-11943

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the court's Opinion and Order dated March 14, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Lana Lorraine Imm.

Dated at Port Huron, Michigan this 14th day of March, 2022.

                                      KINIKIA ESSIX
                                      CLERK OF THE COURT

                                      BY: s/Lisa Wagner

Dated: March 14, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 14, 2022, by electronic and/or ordinary mail.

                                      s/Lisa Wagner                                      /
                                      Case Manager and Deputy Clerk
                                      (810) 292-6522